UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 13 Proceeding |
| Keith Kottkamp ) | Case No.  05-40161 |
| Rena Kottkamp ) | |
| ) | |
| **Debtors** ) | |

## NOTICE FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND106000

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $2.57 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That Alltel filed a proof of claim on April 18, 2005.
3. That your Trustee attempted to make payment on said claim in March 2010 in the amount of $2.57 and said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $2.57 into U.S. Treasury Fund 106000 on behalf of creditor Alltel c/o Wireline Bankruptcy whose last know address was 10100 Sardis Crossing Drive, Charlotte, NC 28270.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2010 service of a true and complete copy of the above and foregoing pleading or document was made electronically upon the U.S. Trustee and debtors' attorney and the debtor by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Keith and Rena Kottkamp, 5113 W. 50 S., Logansport, IN 46947